

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### No. PD-0995-10

### RODNEY LAMONT HUNT, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### KAUFMAN COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of murder and sentenced to 99 years confinement. On appeal, Appellant claimed that police used a deliberate "question first and warn later" technique when police gave a "midstream" *Miranda* warning as discussed by the Supreme Court in *Missouri v. Seibert*, 542 U.S. 600 (2004). The Court of Appeals affirmed, holding that Appellant's post-*Miranda* statement was not tainted by a statement that he gave to police

before being given the *Miranda* warnings. *Hunt v. State*, No. 05-07-01408-CR (Tex. App.–Dallas, Marcy 16, 2009). Appellant petitioned this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's opinions in *Martinez v. State*, 272 S.W.3d 615 (Tex. Crim. App. 2008), and *Carter v. State*, 309 S.W.3d 31 (Tex. Crim. App. 2010). Therefore, we vacate the judgment of the Court of Appeals and remand for that court to consider the effect of *Martinez* and *Carter*, if any, on its reasoning and analysis in this case.

En banc

Delivered: January 26, 2011

Do Not Publish